**Electronically Filed
Supreme Court
SCEC-22-0000498
02-SEP-2022
08:14 AM
Dkt. 16 ODMR**

SCEC-22-0000498

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DANIEL B. DECKER IV, Plaintiff,

vs.

STATE OF HAWAIʻI OFFICE OF ELECTIONS, Defendant.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the motion for reconsideration of the August 26, 2022 Findings of Fact, Conclusions of Law, and Judgment, which was filed by Plaintiff Daniel B. Decker IV on August 30, 2022, and the record, it does not appear this court has overlooked or misapprehended points of law or fact. See Hawaiʻi Rules of Appellate Procedure Rule 40(b). Accordingly, it is ordered that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, September 2, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

